1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONNELL BLEDSOE,                    No.  2:18-cv-0504 AC P

12                 Plaintiff,

13        v.                             ORDER

14   SAN JOAQUIN COUNTY JAIL, et al.,

15                 Defendants.

16

17        Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action (EFC No. 1)

18   pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis

19   pursuant to 28 U.S.C. § 1915 (EFC No. 2).  However, plaintiff has not filed a certified copy of his

20   inmate trust account statement for the six-month period immediately preceding the filing of the

21   complaint.  28 U.S.C. § 1915(a)(2).

22        On his request to proceed in forma pauperis, plaintiff has checked the box indicating that

23   he is currently incarcerated in San Joaquin County Jail, but below his signature he wrote that he is

24   no longer incarcerated.  EFC No. 2.  If plaintiff is not currently incarcerated, he must complete an

25   in forma pauperis application for non-prisoners, which will be sent to him by the Clerk of the

26   Court.  If plaintiff is currently incarcerated, he must file a certified copy of his inmate trust

27   account statement.  Plaintiff will be provided the opportunity to submit either a completed non-

28   prisoner in forma pauperis application or a certified trust account statement.

                                          1

In accordance with the above, IT IS HEREBY ORDERED that:

1. If plaintiff is incarcerated, he shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

2. If plaintiff is not incarcerated, he shall submit, within thirty days from the date of this order, a completed non-prisoner application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court.

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

4. The Clerk of the Court is directed to send plaintiff a new non-prisoner Application to Proceed In Forma Pauperis.

DATED: March 16, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE